# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br><br>v.<br><br>**GARY SHAHID**<br>*Defendant* | MAGISTRATE JUDGE: Michael A. Hammer<br><br>CASE NO. 20-12072<br>DATE OF PROCEEDINGS: 2/25/2020<br><br>DATE OF ARREST: 2/25/2020 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVED PRELIMINARY HEARING ON THE RECORD
- [✓] APPT. OF COUNSEL: [✓] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [✓] OTHER: Colloquy (Finances)
- ✓ Complaint read

- [ ] TEMPORARY COMMITMENT
- [✓] DETAINED WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
  BAIL SET:_____
  - [ ] UNSECURED BOND
- [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
  SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [✓] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:_____

DATE: March 9, 2020 at 1:00 p.m.
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA: Tracey Agnew

AFPD/CJA/RETAINED: Peter Carter

PO/PTSO:_____

INTERPRETER_____
   Language:

TIME COMMENCED: 3:06
TIME TERMINATED: 3:48
CD NO: ECR

J. Baker
**DEPUTY CLERK**